# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey
### Trenton Division

| | |
|---|---|
| Reza Farzan <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> Retired Judge Patricia Cleary, <br> Judge Katie Gummer, <br> Judge Carlkson Fisher, <br> Judge Thomas Sumners, <br> Judge Paul Innes, <br> Cheif Justice Stuart Rabner, <br> Attorney General Gurbir Grewal, <br> Superior Court Clerk Michelle Smith, <br> County Clerk Christine Giordano Hanlon, <br> New Jesery Office Of Foreclosure, <br> Monmouth County Hall of Records, <br> Jane Doe 1 through 10, <br> John Doe 1 through 10 <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)*  ☒ Yes  ☐ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**RECEIVED**

JAN 1 8 2019

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Reza Farzan |
| Address | 23 Twin Terrace |
| | Holmdel, NJ 07733 |
| | *City  State  Zip Code* |
| County | Monmouth |
| Telephone Number | 732-778-5047 |
| E-Mail Address | RaymondFarzan@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Patricia Cleary |
| Job or Title *(if known)* | Retired Judge |
| Address | 107 Haven Way |
| | Morganville, NJ 07751-4278 |
| | *City  State  Zip Code* |
| County | Monmouth |
| Telephone Number | |

E-Mail Address *(if known)*

☒ Individual capacity   ☒ Official capacity

**Defendant No. 2**

Name: Katie Gummer
Job or Title *(if known)*: Superior Court Judge
Address: 1 East Main St 2nd Floor.
City: Freehold   State: NJ   Zip Code: 07728
County: Monmouth
Telephone Number: 732-431-7137
E-Mail Address *(if known)*:

☒ Individual capacity   ☒ Official capacity

**Defendant No. 3**

Name: Clarkson Fisher
Job or Title *(if known)*: NJ Appellate Division Judge
Address: 25 Market St. 5th Floor
City: Trenton   State: NJ   Zip Code: 08611
County: Mercer
Telephone Number: 609-815-2950
E-Mail Address *(if known)*:

☒ Individual capacity   ☒ Official capacity

**Defendant No. 4**

Name: Thomas Sumners
Job or Title *(if known)*: NJ Appellate Division Judge
Address: 25 Market St. 5th Floor
City: Trenton   State: NJ   Zip Code: 08611
County: Mercer
Telephone Number: 609-815-2950
E-Mail Address *(if known)*:

☒ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

US Constitution, NJ Constitution, US 1st, 4th, 5th, 7th, 14th Amendments,
28 USC 2201 & 2202, 28 USC 1331, 28 USC 1391(b), 28 USC 1367, 18 USC 1964(a), 18 USC 1965(a), 28 USC 1332, 28 USC 1391(b)(2), 18 USC 1341, 18 USC 1346, FRCP Rule 9(b), N.J.S.A. 12A:3-309, NJ Court Rule 4:64-1(b)(11),  NJ Court Rule Rule 4:64-2(d),
NJ Code of Judicial Conduct Rule1.2 & Rule 2.1 & Rule 3.15(B),
N.J.S.A. 2C:28-7,
18 USC Chapter 96 Racketeering, 18 USC 1621 & 1623,
42 USC 1983 & 1985, 18 USC 241 & 242,
12 USC 1452(f),
US Public Law 104-29, US Public Law 111-203 section 1463,
15 USC 1692(d) & 1692e & 1692e(2)(A) & 1692g(b) & 1692g(c)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

All defendants are NJ state employees or NJ state agencies and have acted under the color the laws. They subjected their courts and agencies to bank mortgage fraud and committed fraud upon the courts, and they violated US and NJ Laws, NJ court rules and the NJ Code of Judicial Conduct at various points since 5/12/2016. They violated my property rights, due process rights, civil rights, and the right to jury trial guaranteed under US and NJ constitutions, US 1st, 4th, 5th, 7th, and 14th Amendment and all consumer protection laws. They discriminated and retaliated against me based on my religion, national origin, race, color of skin, age, disability status, Pro Se status, and citizenship status. They violated all the laws specified under II.B.

## III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

Superior Court of NJ in Monmouth County at 1 East Main St. Freehold NJ 07728 2nd Floor,
The NJ Office Of Foreclosure in 25 Market St. 6th Floor Trenton NJ 08611,
The NJ Appellate Division in 25 Market St. 5th Floor Trenton NJ 08611,
The Supreme Court of NJ in 25 Market St. 8the Floor, Trenton NJ 08611,
The Office of NJ Attorney General in 25 Market St. 8th Floor Trenton NJ 08611,
The Office of Clerk of Monmouth County NJ in 33 Mechanic St. Freehold NJ 07728,
Monmouth County NJ Hall of Records in 1 East Main St. 1st Floor, Freehold NJ 07728

B.  What date and approximate time did the events giving rise to your claim(s) occur?

1/6/17 around 10 am in Superior Court in Freehold NJ, Docket #: F-013470-16.
3/3/17 around 10 am in Superior Court in Freehold NJ, Docket #: F-013470-16.
3/16/18 around 10 am in Superior Court in Freehold NJ, Docket #: F-013470-16;
4/12/18 around 11 am in the Office of NJ Attorney General;
5/8/18 The NJ Appellate Division; Docket #: AM-000455-17T3.
5/25/18 The NJ Appellate Division; Docket #: AM-000455-17T3.
9/12/18 The Supreme Court of NJ; Docket #: 081399.
10/3/18 The Office of NJ Attorey General (OAG);
10/9/18 The NJ Office Of Foreclosure;
10/16/18 The NJ Office Of Foreclosure;
10/18/18 The NJ Office Of Foreclosure;
10/26/18 The NJ Office Of Foreclosure;
11/9/18 The Superior Court of NJ in Monmouth County;
12/1/18 The Office of the Clerk of Monmouth County
12/1/18 Monmouth County NJ Hall of Records;
1/11/19 The Supreme Court of NJ; Docket #: 081399.

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1/6/17 around 10 am in Superior Court in Freehold NJ, Docket #: F-013470-16; Judge Cleary denied my motion to dismiss and all rights and did not provide a statement of reason for her order.

3/3/17 around 10 am in Superior Court in Freehold NJ, Docket #: F-013470-16; Judge Cleary denied my motion to dismiss and my right to a jury trial, and violated my rights ad discrimiated and retaliated against me and her order did not have a statement of reason. She disrupted court ordered discovery and did not allow me to complete discovery..

3/16/18 around 10 am in Superior Court in Freehold NJ, Docket #: F-013470-16; I presented a new eveidence that Bayview was not the owner of my mortgage and asked judge Cleary to vacate the order of 3/3/3017, judge cleary denied my motion and did not allow a new discovery. She discriminated and retaliated against me, and denied me all my rights. She issued an order without a statement of reason.

4/12/18 around 11 am in the Office of NJ Attorney General, I dropped off a copy of my motion for leave to appeal in which I complained about discrimiation and retaliation and violations of my rights guaranteed under US 4th, 5th, 7th, and 14th Amendments.

5/8/18 & 5/25/18 The NJ Appellate Division Judges Fisher and Somners denied my motion for leave to appeal and motion for reconsideration and explanation without statements of Reasons. In those motions I complained about discriminaton, retaliation, violations of rights and I asked to give me a chance to prove that Plaintiff Bayview did not have legal standing to foreclose and the mortgage assignments were false and the chain of mortgage assignments were invalid and the foreclosure complaint did not meet the NJ court requirements for a residential foreclosure complaint. Docket #: AM-000455-17T3.

9/12/18 & 1/11/19 Chief Justice Stuart Rabner of the Supreme Court of NJ denied my motion for leave for appeal and motion for explanation and reconsideration which were filed to appeal the orders of NJ Appellate Division made on 5/8/18 & 5/25/2018. In those motions I complained about discrimiation, retaliation, violations of rights and asked to allow me to appeal the order of 3/16/2018 and 5/25/2018 and to prove that Plaintiff Bayview did not have legal standing to foreclose and the mortgage assignments are false and the chain of mortgage assignments were invalid and the foreclosure complaint did not meet NJ court requirements for a residential foreclosure complaint. Docket #: 081399. No statements of reasons.

10/3/18 The Office of NJ Attorey General (OAG) wrote me a letter to advise me that I should hire a consumer rights attorney and complain about the bank mortgage fraud and the false and fraudulent assignments recorded in Monmouth County Hall of Records. Because on 9/25/18 I reported the bank fraud in my mortgage and complained about discrimination, retaliation, violations of my rights, violations of US & NJ laws and consumer protection laws. The OAG did not address my complaints about due process, propeterty rights, and civil rights violations.

10/9/18 Judge Paul Innes issued a proposed order to vacate a default which was already on the record against Mortgage Electonic Registration Systems Inc. (MERS). There was no entry at all by MERS in the entire docket. Judge Innes ignored that fact that there was no enrty by MERS on the eCourt docket and MERS continued to be in default. No statement of reason.

10/16/18 Judge Paul Innes signed his order to vacate the default against MERS. His order was not supported with a statement of reason.

10/18/18 I notified the NJ Office Of Foreclosure which is under the Superior Court Clerk Michelle Smith Esq. that my documents that I filed on 10/9/2018 were not on the docket and my pleadings was recoded wrongly on the docket. Annette who was on the phone with me addmitted the errors and said she would correct them.

10/26/18 Since the Office of Foreclosure had not corrected the errors on the eCourt docket I filed a motion to correct and complaint about retaliation, discrimination, and violatios of my rights. I cocomplained that they targeted me and they conspired against me.

11/9/18 Judge Katie Gummer did not allow me to discuss my cross motion in her court in Freehold NJ. She ordered to vacate a default against MERS who continued to be in default and she denied my cross moion to dismiss which was based, amongst other thing, on the law that fraud visitiates all judgments. Her orders were not supported by statements of reasons.

12/1/18 I wrote a letter to the clerk of Monmouth County (Christine Giordano Hanlon) and reported that the 2 mortgage assignments filed against my residential property were fake. No answer yet.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I am a 68 year old Muslin immigrant, a US Citizen, who was born in Iran. I was declared disabled by Social Security Administration in 2015. I have high blood pressure, diabetes type 2, and arthritis, and a few other medical conditions. I am taking care of a disabled adult family member at home. English is not my native language. I have no training in law. It took me a while to prepare this complaint and I hope it is credible and I made my points.

Once I read the foreclosure complaint and the 2 assignments I realized that it was based on bank mortgage fraud and the so called facts in the complaint were not true. I showed that to a friend of mine who later became my expert witness, she told me the title of the mortgage of my house was courrupt. I know a senior citizen homeowner who had paid her mortgage in full but the title of her mortgage was corrupt and she could not get her title. How do I make sure that the state of NJ gurantees me a clean title? Right now Bayview Loan Servicing LLC claim that they own my mortgage and Frieddie Mac, via a letter to Senator Booker on 11/14/18, claimed that they own my mortgage. There are multiple claims on my house.

Once I received the foreclosure complaint I disputed that and I filed my answers and counterclaims on 7/27/2016. Since then all levels of NJ state courts have been denying my motions for releif and treating me like a criminal. Other state agencies such as the Office of Attorney General, Monmouth County Hall of Records, and the clerk of the Monmouth County have ignored my complaints. Amrican Mortgage Network Inc. is allegedly the original lender and servicer. After a few weeks of loan origination American Mortgage allegdly sold the note to Morgan Stanley and and allegedly sold the sericing rights to Option One Mortgage Corporation. Then a few weeks later Morgan Stanley allegedly sold the note to Freddie Mac and Option One sold the servicing rights to J.P. Morgan Chase N.A.. American Morgage allegedly went of business by 12/31/2005. On 2/27/2009 Mortgage Electronic Registration Systems Inc. On behalf of American Mortgage sold the note and servicing rights to Chase. On 2/12/2014 Chase fabricated an affidavit of lost note. On 2/28/2014 Chase sold the lost note and servicing rights to Bayview. A lost note is not a negitiable instrument and cannot be sold. Bayview never had the note and never lost the note and according to N.J.S.A. 12A: 3-39 does not have legal standing to foreclose. It appears that all level of state courts and state agencies have been covering up the bank mortgage fraud in my case. The judges have not supported their orders by statements of reasons.

Bayview and MERS have never disputed the statement of facts in my affidavits in state courts. MERS has never responded to any of my motions in state courts.

Based upon information and belief "The U.S. Treasury's Office of Thrift Supervision noted last year (page 7): The FBI estimates that 80 percent of all mortgage fraud involves collaboration or collusion by industry insiders." Posted on the web on 12/13/2011 by WashingtonsBlog.

For the past 32 months I have been under constant threat of unlawful foreclosure and it is very stressful. Stress drives up my blood sugar and blood pressure. I believe if a dog files for foreclosure against a minority homeowner, or sernior citizen howeowner, or a homeowner who belongs to federal and state protected classes the NJ state foreclosure courts will grant summary judgment to that dog without looking at the facts and the laws. Since mid 2016 I have been living under extreme emotional distress and I have been under treatment for major medical problems. I do not have enough time to take care of my health and the health of my disabled adult family member.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Issue a declaratory judgment pursuant to 28 U.S.C. §§ 2201 and 2202 that declares as a matter of law that (a) Judicial Defendants' policy, practice, and custom of refusing and failing to provide statement of reason in state foreclosure courts and higher state courts are unlawful (b) All state court judges at all lvels address complaints by homehowners regarding violations of property rights, due process rights, and civil rights and discimination and retaliation (c) All state court judges enforce NJ Code of Judicial Conduct in their courts specially Rule 1.2, Rule 2.1 and Rule 3.15(B).

Issue preliminary and permanent injunctive relief pursuant to F.R.Civ.P. Rule 65, instructing the Defendants and all persons in concert with them, and their successors in office (a) to enforce the due process of law in their courts (b) to enforce NJ laws such as N.J.S.A. 12A: 3-39, NJ Court Rule 4:64-1(b)(11), NJ Court Rule 4:64-2(d), US Public Law 104-29, US Public Law 111-203 section 1463. (c) Enforce the foreclosure plaintiff to prove legal standing with proof of authentic documents and paid consideration and indosements. (d) allow a homeowner to have evidentary hearing and full discovery.

In my case enforce N.J.S.A. 12A: 3-39, NJ Court Rule 4:64-1(b)(11), NJ Court Rule 4:64-2(d), US Public Law 104-29, US Public Law 111-203 section 1463 and dismiss the foreclosure complaint.

In my case enforce the foreclosure complaint because it has been rigged by bank mortgage fraud and fraud upon the courts in state courts.

Or in the alternative allow me a full discovery and evidentary hearing to find out who the actual owner of the mortgage is and who the actual servicer of the mortgage is. Why MERS committed fraud on 2/27/2009 by fabricating that assignment and why they recorded that in Monmouth County? Why Chase fabricated the affidavit of Lost Note on 2/12/2014 (the note they did not possess)?. And why Chase sold a lost note to Bayview on 2/28/2014?

Stay the foreclosure proceedings in the state court until this complaint in Federal Court makes a determination about the corrupt title of my mortgage.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/18/2019

Signature of Plaintiff
Printed Name of Plaintiff   Reza Farzan

### B. For Attorneys

Date of signing:

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
_____
                                  *City*                *State*        *Zip Code*

Telephone Number _____
E-mail Address _____

**DEFENDANTS CONTINUED**

Defendant No. 5

    Name:               Paul Innes

    Job or Title:     Foreclosure Judge

    Address:        25 Market St. 6th Floor, Trenton NJ 08611

    County:         Mercer

    Telephone Number:  609-421-6100

        **X** Individual Capacity     **X** Official Capacity

Defendant No. 6

    Name:               Stuart Rabner

    Job or Title:     Chief Justice of the Supreme Court of New Jersey

    Address:        25 Market St. 8th Floor, Trenton NJ 08611

    County:         Mercer

    Telephone Number:  609-815-2955

        **X** Individual Capacity     **X** Official Capacity

Defendant No. 7

    Name:               Gurbir Grewal

    Job or Title:     NJ Attorney General

    Address:        25 Market St., 8th Floor Trenton NJ 08611

    County:         Mercer

    Telephone Number:  609-292-4925

        **X** Individual Capacity     **X** Official Capacity

1

Defendant No. 8

    Name: Michelle Smith

    Job or Title: Superior Court Clerk

    Address: 25 Market St., 6th Floor, Trenton NJ 08611

    County: Mercer

    Telephone Number: 609-421-6100

        **X** Individual Capacity      **X** Official Capacity

Defendant No. 9

    Name: Christine Giordano Hanlon

    Job or Title: Clerk of Monmouth County NJ

    Address: 33 Mechanic St., Freehold NJ 07728

    County: Monmouth

    Telephone Number: 732-431-7324

        **X** Individual Capacity      **X** Official Capacity

Defendant No. 10

    Name: New Jersey Office Of Foreclosure

    Job or Title:

    Address: 25 Market St. 6th Floor Trenton NJ 08611

    County: Mercer

    Telephone Number: 609-421-6100

        Individual Capacity      **X** Official Capacity

2

Defendant No. 11

    Name:               Monmouth County Hall of Record

    Job or Title:

    Address:          1 East Main St., Freehold NJ 07728

    County:           Monmouth

    Telephone Number:   732-431-7000

        Individual Capacity       **X** Official Capacity