## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

REZA FARZAN,

                Plaintiff,

      v.

JUDGE PATRICIA CLEARY, et al.,

                Defendants.

Civil Action No. 19-705 (MAS) (DEA)

**ORDER**

This matter comes before the Court upon review of its docket. On February 8, 2019, Plaintiff Reza Farzan filed suit against JP Morgan Chase Bank, NA.[1] That suit arose out of a foreclosure action in the New Jersey Superior Court. Opinion 1, *Farzan v. JP Morgan Chase Bank N.A.*, 19-cv-05156-MAS-DEA, ECF No. 13 (D.N.J. Nov. 27, 2019) (Shipp, J.). On November 27, 2019, this Court dismissed Farzan's claims in that action, finding that the *Rooker-Feldman* doctrine precluded the Court from reviewing the underlying state court foreclosure decision. *Id.* at 5-6. Farzan has since filed a notice of appeal to the United States Court of Appeals for the Third Circuit. Notice of Appeal, *Farzan v. JP Morgan Chase Bank N.A.* 19-cv-05156-MAS-DEA, ECF No. 16 (D.N.J. Dec. 16, 2019). That appeal is still pending.

Plaintiff Farzan filed the instant action on January 18, 2019. The May 8, 2020 Amended Complaint (ECF No. 28) now before the Court contains factual and legal allegations that substantially overlap with the factual and legal allegations addressed by the Court in *Farzan v. JP Morgan Chase Bank N.A.*

---

[1] *See* No. 19-cv-05156-MAS-DEA

2

Accordingly, for the reasons set forth above and for other good cause shown,

**IT IS** on this 30th day of November 2020 **ORDERED** that:

1. Based on the significant overlap regarding the underlying issues in the two cases, and based on the Court's inherent authority to control the matters on its docket, this matter is **STAYED** and **ADMINISTRATIVELY TERMINATED** pending the decision by the United States Court of Appeals for the Third Circuit in *Farzan v. JP Morgan Chase Bank N.A.*, No. 19-3925.

2. The parties shall notify the Court via e-filed correspondence within seven days of the Third Circuit's decision. At that time, the Court will reopen the matter and enter an appropriate order.

/s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**